COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Appellate case name:    XTREME COIL DRILLING MEXICO S.A. DE C.V., v.
WEATHERFORD DE MEXICO S.A. DE CV AND
WEATHERFORD INTERNATIONAL, LTD.

Appellate case number: 01-12-00541-CV

Trial court case number: 2010-40589

Trial court: 234th District Court of Harris County

Appellant Xtreme Coil Drilling Mexico S.A. de C.V. filed a motion for supplementation of the reporter's record and extension of time to file its brief ten days after the supplemental reporter's record is filed.

The court reporter has communicated to this court that she is working on the parties' request for supplementation. She has also filed a motion for extension of time in which she seeks an additional 30 days to complete the supplemental record.

We **grant** the reporter's requested extension of time. The supplemental reporter's record is due September 6, 2012.

We also **grant** the appellant's motion for extension of time to file its brief. Appellant's brief is due ten days after the reporter files the supplemental record. Appellees' brief is due 20 days after appellant files its brief.

We further **order** the parties to direct further specific requests concerning the reporter's record to the reporter. *See, e.g.*, TEX. R. APP. 34.6(b) (detailing the procedure for requesting the reporter's record); 34.6(d) (detailing procedure for requesting supplementation of record); *see also generally* UNIFORM FORMAT MANUAL FOR TEXAS REPORTERS' RECORDS, (approved by Supreme Court May 25, 2010, amended June 28, 2010) (available on the Texas Supreme Court's Website http://www.crcb.state.tx.us/ufm.asp (last accessed August 7, 2012)).

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                     ☑ Acting individually    ☐ Acting for the Court

Date: August 7, 2012